IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Alexander, Lorene

Printed: 10/23/07

Case Number: 07 B 12849
Judge: Wedoff, Eugene R
Filed: 7/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 6, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 0.00 | 0.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 5. | Jefferson Capital | Unsecured | 0.00 | 0.00 |
| 6. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 7. | Chase Manhattan | Unsecured | | No Claim Filed |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 9. | Direct Tv | Unsecured | | No Claim Filed |
| 10. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 11. | Saint Margaret Mercy Healthcare Centers | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Alexander, Lorene

Printed:  10/23/07

Case Number:  07 B 12849
Judge:  Wedoff, Eugene R
Filed:  7/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*